NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OCTAVIOUS LAMONT JONES,               )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D19-1861
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____  )

Opinion filed September 18, 2020.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender, and
Jeffrey Sullivan, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, LaROSE, and MORRIS, JJ., Concur.